IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02345-RPM-BNB

KENNETH RHODES,

Plaintiff,

v.

PHILLIPS & BURNS, LLC, a New York limited liability company,

Defendant.
_____

**ORDER**
_____

This matter is before me on the **Motion to Withdraw of Tatiana Taylor** [Doc. # 16, filed 2/4/2008] (the "Motion to Withdraw"). I held a hearing on the motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Withdraw is GRANTED. Tatiana Taylor is relieved of any further responsibility in the case.

IT IS FURTHER ORDERED that the parties shall submit their confidential settlement statements on or before **February 19, 2008**.

Dated February 7, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge