IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02345-RPM-BNB

KENNETH RHODES,

Plaintiff,

v.

PHILLIPS & BURNS, LLC, a New York limited liability company,

Defendant.
_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **March 11, 2008**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated March 4, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge